**TUILEFANO VAELA`A, as CHAIRMAN of the IMMIGRATION BOARD, Plaintiff,**

v.

**TAUESE P. SUNIA, GOVERNOR OF AMERICAN SAMOA, TOETOGATA ALBERT MAILO, ATTORNEY GENERAL, ROBERT PORTER, ACTING CHIEF IMMIGRATION OFFICER, ELVIS PATEA, ASSISTANT ATTORNEY GENERAL, Defendants.**

High Court of American Samoa
Trial Division

CA No. 68-97

August 19, 1997

Before RICHMOND, Associate Justice, and LOGOAI, Associate Judge.

Counsel: For Plaintiff, Charles V. Ala`ilima
For Defendants, Henry W. Kappel, Assistant Attorney General

ORDER DENYING MOTION FOR RECONSIDERATION

Defendants moved for reconsideration of the court's denial of their motion to dismiss and issuance of the preliminary injunction. The court heard the motion on August 15, 1997. Both counsel were present.

The court, having considered counsel's written and oral arguments, denies the motion. The preliminary injunction will continue in effect during the pendency of this action or until further order of this court.